OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

3/18/2015

GARCIA, RUBEN     Tr. Ct. No. C-371-010271-1321564-A     WR-82,768-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RUBEN  GARCIA
TERRELL UNIT - TDC # 1902617
1300 FM 655
ROSHARON, TX  77583